**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1327

ROBERT SMART,

Plaintiff - Appellant,

versus

SPARTANBURG STEEL PRODUCTS; ED CAMPION,
Personnel Director,

Defendants - Appellees,

versus

BRANDY SMART,

Party in Interest.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., District
Judge.  (CA-04-1341-13BI)

Submitted:  June 9, 2005              Decided:  June 14, 2005

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Smart, Appellant Pro Se.  Wade Edward Ballard, FORD &
HARRISON, L.L.P., Spartanburg, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Smart appeals the district court's order accepting the recommendation of the magistrate judge and dismissing as untimely his claims of wrongful employment termination and employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Smart v. Spartanburg Steel Products</u>, No. CA-04-1341-13BI (D.S.C. Feb. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>